Caption Page
Original Signatures
1 of 1

Anthony M. Benjamin Sr
DBA as A. M. Benjamin Services
835 O Farrell St # 404
San Francisco, CA  94109
ambenjamin79@yahoo.com
415/596-3164   fax 866-793-1452

# E-filing

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | ) |
| | ) |
| | ) Civil Action No. **CV** _09_ **4735** |
| | ) |
| | ) |
| Anthony M. Benjamin Sr | ) |
| | ) Complaint for |
| Plaintiff | ) Copyright Infringement and |
| | ) Statutory Damages **JC** |
| v. | ) |
| | ) |
| Google Inc | ) |
| Attn: Google Legal Support, DMCA Complaints | ) |
| 1600 Amphitheatre Parkway | ) |
| Mountain View, CA 94043 | ) |
| | ) |
| | ) |
| Defendant | ) |
| | ) |

Plaintiff  Anthony M. Benjamin Sr.,  doing busines as A M Benjamin Service (collectively, "Plaintiffs"),
by and for their Complaint against Defendants  Google Inc. ("Google") (all collectively, "Defendants"),
aver as follows:

**Certificate of Service**

For the case Anthony M. Benjamin Sr vs Google Inc.

   I certifiy that a copy my complaint for Copyright Infringement and request for statutory damages
with supporting documents and a request for a "Waiver of Summons" has been mailed to:
   Google Legal Support, DMCA Complaints
   1600 Amphitheatre Parkway
   Mountain View, CA 94043

The package was mailed  10/05/09 by USPS certified first class mail with a return receipt request.

Pro Se Attorney
Anthony M. Benjamin Sr.
835 O Farrell St # 404
San Francisco, CA
415/596-3164  - Fax 866-793-1452
ambenjamin79@yahoo.com

Notice of Lawsuit and Request for Waiver of Service of Summons

TO: Google Legal Support, DMCA Complaints

1600 Ampitheater Rd,  Mountain View, CA 94043

A lawsuit has been commenced against you (or the entity on whose
behalf you are addressed).   A copy of the complaint is attached to
this notice. It has been filed in the United States District Court
for the Ninth District

and has been assigned docket number _____

This is not a formal summons or notification from the court,  but
rather my request that you sign and return the enclosed waiver of
service in order to save the costs of serving you with a judicial
summons and an additional copy of the complaint. The cost of service
will be avoided if I receive a signed copy of the waiver
within  30   days after the date designated below as the date on
which this Notice and Request is sent. I enclose a stamped and
addressed envelope (or other means of cost-free return) for your use.
An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver,  it
will be filed with the court and no summons will be served on you.
The action will then proceed as if you had been served on the date
the waiver is filed, except that you will not be obligated to answer
the complaint before 60 days from the date designated below as the
date on which this notice is sent (or before 90 days from that date
if your address is not in any judicial district of the United
States).

If you do not return the signed waiver within the time
indicated, I will take appropriate steps to effect formal service in
a manner authorized by the Federal Rules of Civil Procedure and will
then, as authorized by those Rules, ask the court to require you (or
the party on whose behalf you are addressed) to pay the full costs of
such service. In that connection, please read the statement
concerning the duty of parties to waive the service of the summons,
which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the
plaintiff, this  3  day of October , 2009 .

Signature of Plaintiff,  Pro Se

In compliance with
Federal Rules of Civil Procedure 4

Revised 6/2002

Waiver of Service of Summons

TO: Google Legal Support

    I acknowledge receipt of your request that I waive service of a
summons in the action of Anthony M. Benjamin Sr. vs. Google Inc.
which is case number _____ in the United
States District Court for the Ninth District _____. I
have also received a copy of the complaint in the action, two
copies of this instrument, and a means by which I can return the
signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an
additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with
judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all
defenses or objections to the lawsuit or to the jurisdiction or venue
of the court except for objections based on a defect in the summons
or in the service of the summons.

    I understand that a judgment may be entered against me (or the
party on whose behalf I am acting) if an answer or motion under Rule
12 is not served upon you within 60 days after 10/5/2009 _____, or
within 90 days after that date if the request was sent outside the
United States.

Date                                    Signature
_____                         _____

                                        Print name
                                        {as _____}
                                        {of _____}

Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving
unnecessary costs of service of the summons and complaint. A defendant who, after being notified
of an action and asked to waive service of a summons, fails to do so will be required to bear the
cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is
unfounded, or that the action has been brought in an improper place or in a court that lacks
jurisdiction over the subject matter of the action or even its person or property. A party who
waives service of the summons retains all defenses and objections (except any relating to the
summons or to the service of the summons), and may later object to the jurisdiction of the court
or to the place where the action has been brought.

A defendant who waives service must (within the time specified on the waiver form serve on the
plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file
a signed copy of the response with the court. If the answer or motion is not served within this
time, a default judgment may be taken against the defendant, by waiving service, a defendant is
allowed more time to answer than if the summons has been actually served when the request for
waiver of service was received.

In compliance with
Federal Rules of Civil Procedure 4 of 27

Revised 6/2002

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Anthony M. Benjamin Sr** | ) Civil Action No. _____ |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) complaint for |
| | ) Copyright Infringement and |
| **Google Inc** | ) Statutory Damages |
| **Attn: Google Legal Support, DMCA Complaints** | ) |
| **1600 Amphitheatre Parkway** | ) |
| **Mountain View, CA 94043** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

1   Plaintiff  Anthony M. Benjamin Sr.,  doing busines as A M Benjamin Service (collectively, "Plaintiffs"),
2  by and for their Complaint against Defendants  Google Inc. ("Google") (all collectively, "Defendants"),
3  aver as follows:
4
5                                   _Introduction_
6
7    01.  Google infringed on my copyrighted manual,  "The Magic Signature Act",  by publishing the entire story
8  on the internet without my permission.
9
10    02. In February 2009 I uploaded "The Magic Signature Act" to Google Book Partners hoping to get some get some
11  free adverting but later had the request removed because as a current member of Google Book Partner Search
12  I knew they revealed to many pages of the books on the internet and the information and ideas in this book
13  was to valuable to me to be given away for free.
14
15    03. In late August 2009, I seen on my Google Partner Listing page that the Magic Signature Act was in a pending status,
16  but before the book could be listed I specificly requested that I only wanted the book listed if I could choose
17  the pages that was to be listed on the internet and I wanted none of the work to be downloaded.
18
19    04. Without my formal permission, in act of insentive cruelty Google published on the Internet my
20  entire manual of "The Magic Signature Act" giving away my entire book for free infringing on my
21  rights as an author and publisher.

Anthony M. Benjamin Sr. vs Google Inc.

22

23    05. Google violated the three elements of copyright infringement in (1) I had a valid copyright (2) Google

24    had access to the manual and (3) the duplication of the work was outside of the exception.

25

26    06. Based on information from a Google book report, my manual "The Magic Signature Act was viewed

27    10 times in a week of September 2009 and 389 pages viewed; the entire manual is 212 pages.

28

29    07. Google infringed on my copyright work by listing the book on the without my proper ISBN # or Copyright #,

30    documented by the number listed on my page views findings.

31

32    08. Google infringement has harmed my work and ideas by giving away my ideas that took to years to develop

33    for free. I am requesting statutory damages as prescribed by the U S Copyright Act.

34

35    09. Enclosed in this package is

36    (1) cease and desist letter to Google Inc

37    (2) emails from - (05 pages) Google acknowledging removal of "The Magic Signature Act" from

38         Google's book list  and other communications

39    (3) my copyright registration for the  "The Magic Signature Act" from the Library of Congress

40    (4) email to Google Inc requesting statutory damages

41    (5) email from Google showing books was view 10 and 389 pages viewed

42    (6) listing of my personal books on Google Book Search with "The Magic Signature Act"

43    (7) Google Legal Department Fax Confirmation

44    (8) copyright acknowledgement status 9-12-09 (8) (9)

45

46                          ___JURISDICTION AND VENUE___

47

48    09. This is a civil action is  a complaint for copyright infringement and seeking statutory damages for

49    copyright infringement under the Copyright Act, 17 U.S.C. § 101 et

50

51    10. This Court has original subject matter jurisdiction over all claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

52

53    11. This Court has personal jurisdiction over Defendants. Google does continuous and systematic business in California  this District.

54    and it maintains an office and employs personnel in California and this District, and is thus physically present in the state..

55    On information and belief, Google also does continuous and systematic business in California and in this District.

56    Defendant does transacted business within California and contracted to supply goods or services in California in connection with the

57    Plaintiffs A M Benjamin Services, a sole proprietor, Ebook publisher have their principal places of business in California and in this

58    District, and have been injured in California by Defendants' infringing conduct.

59

60    12. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a).

61

62                      ___PLAINTIFFS AND PLAINTIFFS' BUSINESSES___

63

64    13. Plaintiff Anthony M. Benjamin Sr., DBA as A. M. Benjamin Services, a sole proprietor, is a publisher of Ebooks on a

65    arts and business consulting in San Francisco, California.

66

67 ***DEFENDANTS AND THE INFRINGING Google Book Partner***

68

69 **14. Defendant Google Inc., a Delaware corporation with its principal place of business in Mountain View, California.**

70

71 ***NATURE OF THE ACTION***

72

73 **15. Under Section 106 of the Copyright Act of 1976, 17 U.S.C. § 101 et seq. (the "Copyright Act"), Plaintiffs have the**

74 **distinct, severable, and exclusive rights to, among other things, reproduce, publicly perform, and publicly display**

75 **their copyrighted works. 17 U.S.C. §§ 106(1), (2), (3).**

76

77 ***CLAIMS FOR RELIEF***

78 ***COUNT 01***

79 ***(Direct Copyright Infringement – Public Display)***

80

81 **16. Defendants, without the permission or consent of Plaintiffs, publicly made available  the entire works**

82 **of the copyrighted material "The Magic Signature Act".  Defendants' conduct constitutes direct infringement**

83 **of Plaintiffs' exclusive rights under the Copyright Act to publicly display opyrighted literary and artistic works.**

84

85 **17. The Plaintiff consider the Defendents act willful and intentional  because Google listed my book information**

86 **with wrong ISBN number and remove a list of other services and articles I had listed in another book program.**

87

88 **18.  As a direct and proximate result of Defendants' infringement of Plaintiffs' copyrights and exclusive rights under copyright,**

89 **17 U.S.C. § 504 (c), the  Plaintiff is entitled to the statutory damages pursuant to 17 U.S.C. § 504(c). Alternatively, at Plaintiffs' election,**

90 **pursuant to 17 U.S.C. § 504(b), Plaintiffs shall be entitled to their actual damages plus Defendants' profits from infringement,**

91 **as will be decided by a judge in the district court.**

92

93 ***COUNT 02***

94 ***(Inducement of Copyright Infringement)***

95

96 *19. Defendent users have infringed Plaintiffs' rights in their registered copyrighted works by allowing the authors work*

97 *to be read on the internet without  payment. Google readers who have the Plaintiffs copyrighted work indirectly infringed*

98 *users are therefore directly infringing Plaintiffs' exclusive rights of reproduction, public performance, and public display*

99 *under 17 U.S.C. §§ 106(1), (4) and (5).*

100

101 **WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:**

102

103 **1. For a declaration that Defendants' Google Inc service willfully infringes Plaintiffs' copyrights both directly**

104 **and indirectly whether now in existence or hereafter created.**

105 **2. For statutory damages pursuant to 17 U.S.C. § 504(c). Alternatively, at Plaintiffs' election, pursuant to 17 U.S.C. § 504(b),**

106 **for actual damages.**

107 **3. For Plaintiffs' costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.**

108 **4. For pre- and post-judgment interest according to law.**

109 **5. For such other and further relief as the Court may deem just and proper.**



Anthony M. Benjamin Sr. vs Google Inc.

110
111
112  **Respectfully submitted,**
113
114
115  _____      10/5/09
116  **Attorney Pro Se**
117  **Anthony M. Benjamin Sr**
118  **DBA as A. M. Benjamin Services**
119  **835 O Farrell St # 404**
120  **San Francisco, CA  94109**
121  **ambenjamin79@yahoo.com**
122  **415/596-3164   fax 866-793-1452**
123
124  **CC:  Adlay E Wike**
125     **5001 Hollington St # 203**
126     **Owings Mills, MD  21117**
127     **410/902-8677**
128
129  **Attachments**
130  (1) cease and desist letter to Google Inc
131  (2) emails from - (03 pages) Google acknowledging removal of "The Magic Signature Act" from
132     Google's book list  and other communications
133  (3) my copyright registration for the  "The Magic Signature Act" from the Library of Congress
134  (4) Google Modification Page
135  (5) email to Google Inc requesting statutory damages
136  (6) email from Google showing books was accessed 9 times and 389 pages viewed
137  (7) listing of my personal books on Google Book Search with "The Magic Signature Act"
138  (8) Google Legal Department Fax Confirmation
139  (9) copyright acknowledgement status 9-12-09
140

FR A M Benjamin Services
835 O Farrell St # 404
San Francisco, CA  94109
415/596-3164  -   Fax 866-793-1452
9/9/2009 5:34

TO Google, Inc.
Attn: Google Legal Support, DMCA Complaints
1600 Amphitheatre Parkway
Mountain View, CA 94043
Fax: (650) 963-3255, Attn: Google Legal Support, DMCA Complaints

RE Copyright Infringement of the book
"The Magic Signature Act - A Spiritual Journey into the Worlds of Names, Lines and Shapes"
ISBN # 0-9764590-6-4 -
U S Copyright Pending - LOC Document Attachment

In an act of senseless care personal rights, Google Book Partner Search published on the internet my
entire book "The Magic Signature Act - A Spiritual Journey into the Worlds of Names, Lines and
Shapes without my permission.

After first uploading the book to Google Partner Search in February of 2009, I requested it be
temporarily removed from their listing because I did not like the way Google enter pages from the book.

After seeing Google had the book listed on the internet with no information I made a request to Google
to list some information on the book, but only the pages I wanted listed.

In an act of senseless cruelty, Google Book Search Partner, without my permission listed the entire
book "The Magic Signature Act" on the internet at:
 [http://books.google.com/books?id=ncZ-
0fpnM0gC&dq=the+magic+signature+act&printsec=frontcover&source=bl&ots=gslbHNU8_S&sig=4_POaL
MmF6suZiYokW9RlHdZZGg&hl=en&ei=ToqhSuv0Kl7uswOQ28iNDw&sa=X&oi=book_result&ct=result&res
um=8#v=onepage&q=&f=false ]

Listing my entire book on the Internet minimized my chances of finding other chances of finding
publishers and buyers because they listed the entire book on the internet.

The book is the results of over 20 years of research, interviews and editing material, and for Google
Book Partner Search to give it away for nothing is a crime.

For reason I am not certain, Google Book Partner Search violated my copyright previleges.

The new class action suit by Google in regard to authors and publishers rights say that both groups
have the right to decide which pages will be published on the internet.

Google Book Partner search was so negligent to list the book online without the proper ISBN #.

What compensation do I deserved for the infringement of my copyrights for my book.

As of today, September 9, 2009 I am demanding"The Magic Signature Act" be taken off the internet and only republished after I tell you pages I want published in your Google Book Partner Search.

I believe you have willfully infringed my rights under 17 U.S.C. Section 101 et seq. and could be liable for statutory damages as high as $150,000 as set forth in Section 504(c)(2) therein.

If I donot have a response from Google by 9/16/2009; I will file a lawsuit in federal court.

Anthony M. Benjamin Sr.
Publisher - A M Benjamin Services - San Francisco, CA

Attachment

(01) U S Copyright Application - 3 pages
(02) Emails from Google Book Partner Search - 3 pages
(03) Book listed on Google Partner Search

CC Gwen Mitchell
   540 Alemany Blvd
   San Francisco, CA  94110

CC Antonio V. Benjamin
   835 O Farrell St #  105
   San  Francisco, CA

## Anthony M. Benjamin Sr.

| From: | Google Books Support [books-support@google.com] |
|---|---|
| Sent: | Friday, September 04, 2009 10:48 AM |
| To: | ambenjamin79 |
| Subject: | Re: [#502853937] other |

Hello Anthony,

Thank you for your reply, and I apologize for any frustration you may be feeling. You're welcome to change the browsable percentage for your title from it's current setting to 20% by following these steps:

(1) Login to your account from http://books.google.com/partner/login .
(2) Click on the 'Books' tab of your account.
(3) Locate 'The Magic Signature Act' in your book list and click on the pencil icon.
(4) On the 'Modify Book Settings' page, click on the Browsable Percentage drop-down menu and choose the browsable percentage you desire.
(5) Click the 'Save & Continue' button to save your changes.

Please reply to this email if you have any problems with the process above, or if you'd like to remove your book from the program.

Sincerely,

Yoko
The Google Books Team

----------------
Take advantage of free Google Books tools to add book previews and full text search to your site. Learn more at http://books.google.com/previews

If you received this communication by mistake, please don't forward it to anyone else (it may contain confidential or privileged information), please erase all copies of it, including all attachments, and please let the sender know it went to the wrong person.  Thanks.

Original Message Follows:
------------------------
From: "ambenjamin79" <ambenjamin79@sbcglobal.net>
Subject: RE: [#502853937] other
Date: Thu, 3 Sep 2009 05:44:24 -0700

> You are a liar,
>
> I selected the bottom saying I wanted none of this book published on
> the internet.
>
> I emailed your office saying only publish the pages on the internet I
wanted
> to be publish
> and if you cannot publish those pages I did not want the Magic
> Signature
Act
> published.

```
>
> No matter how simple it is, it was result of year of practice,
> research
and
> creativity and
> you gave the whole thing away for free.
>
> You violated my rights as a publisher and author.
>
> You do not even have the corrected ISBN # listed with the book.
>
> Immediately take the Magic Signature Act off your internet and you
> will
hear
> from my lawyer
> for publishing my entire book on the internet without my permission.
>
> -----Original Message-----
> From: Google Books Support [mailto:books-support@google.com]
> Sent: Wednesday, September 02, 2009 4:59 PM
> To: ambenjamin79@sbcglobal.net
> Subject: Re: [#502853937] other
>
> Hello Anthony,
>
> Thank you for your email. In reviewing our records, I found that
> you've set the browsable percentage for this title to 100% for 'The
> Magic Signature Act.'
>
> As you may know, Google Books allows partners to limit the amount of
pages
> available for viewing by users. You can decide how much of each book
will
> be available in a 30 day period, from 20% of a book's pages to the
entire
> contents of each book. You can also make a PDF available to users for
> download if you wish. In order to provide a positive browsing
> experience on Google Books, we currently do not offer a percentage less than 20%.
>
> The default browsable percentage for your account is currently set to
20%.
> However, by clicking on the pencil icon next to the identifier for
> 'The Magic Signature Act' on the 'Books' tab, you'll notice that the
browsable
> percentage for this title is set to '100% no download.' From this
> page, you can use the drop-down menu to update your Books Browsable
> settings
and
> save your changes.
>
> Please note that if you're changing the percentage browsable of a book
> that's already live on Google Books, it may take some time for your
> new percentage to take effect.
>
> Sincerely,
>
> Yoko
```

> The Google Books Team
>
> ----------------
> Take advantage of free Google Books tools to add book previews and
> full text search to your site. Learn more at
> http://books.google.com/previews
>
> If you received this communication by mistake, please don't forward it
to
> anyone else (it may contain confidential or privileged information),
> please erase all copies of it, including all attachments, and please
> let the sender know it went to the wrong person.  Thanks.
>
>
>
>

Service Request Detail 1 of 3 Copyright Registration Page 1 of 2

[<< Back ]  [ Save For Later ] [ Save Template ]  [ Add to Cart ]

Please review the entire submission on this screen. If you need to revise any information, return to the appropriate data entry screen to make the revision. When the entire submission is correct, click the "Add to Cart" button at the top of the screen. **Warning: Once you submit your application, you cannot make changes to it. Therefore, please review the information on this screen carefully before proceeding.**

## Case Summary

| | | | |
|---|---|---|---|
| **Case Number:** | 1-129201205 | **Case Type:** | Work of the Visual Arts |
| **Contact Name:** | Anthony Benjamin | **Opened:** | 10/30/2008 |

## Review Submission

### Update Activity

| **Comments** | **Activity Type** | **Status** | **Created** |
|---|---|---|---|

### All Titles

| Title of Work | Type |
|---|---|
| The Magic Signature Act - a Spiritual Journey into the Magical Worlds of Na... | Contents |
| The Magic Signature Act - a Spiritual Journey into the Magic Worlds of Name... | Title of w |

### Publication/Completion

| **Published Work** | **Year Created** | **Publication Date** | **Nation of First Publication** | **ISI** |
|---|---|---|---|---|
| No | 2008 | | | |

### Authors & Contributions (VA)

| Name | Organization Name | Doing business as | Work For Hire | Anonymous | Pseudonym | Text | Photo | Jewelry | 2-D Art | 3-D Art/Sculpture | Arcl |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Martin Benjamin Sr. | | A M Benjamin Services | No | N | | ✔ | ✔ | | | | |

### Claimants

| Name | Organization Name | Transfer Statement | Transfer Stmt ( |
|---|---|---|---|
| | A M Benjamin Services | | |

### Claim Limitations review (VA)

| Material Excluded | New Material Included |
|---|---|
| Text | Text |
| Jewelry | Jewelry |
| Photograph(s) | Photograph(s) |
| 2D Artwork | 2D Artwork |
| 3D Artwork | 3D Artwork |
| Architectural | Architectural |
| Map/Technical Drawing | Map/Technical Drawing |
| Other | Other |

### Rights & Permissions

15 of 27

https://eco.copyright.gov/eService_enu/start.swe                    10/30/2008

| | | | |
|---|---|---|---|
| **First Name:** | Anthony | **Organization Name:** | A M B |
| **Middle Name:** | M | **Address 1:** | 835 O |
| **Last Name:** | Benjamin Sr. | **Address 2:** | |
| **Email:** | ambenjamin79@yahoo.com | **City:** | San F |
| **Phone:** | (415) 596-3164 | **State:** | CA |
| **Alternate Phone:** | | **Postal Code:** | 94109 |
| | | **Country:** | United |

## Correspondent

| | | | |
|---|---|---|---|
| **First Name:** | Anthony | **Organization Name:** | A M |
| **Middle Name:** | | **Address 1:** | 835 |
| **Last Name:** | Benjamin | **Address 2:** | |
| **Email:** | ambenjamin79@yahoo.com | **City:** | San |
| **Phone:** | (415) 596-3164 | **State:** | CA |
| **Alternate Phone:** | | **Postal Code:** | 9410 |
| **Fax:** | | **Country:** | Unite |

## Mail Certificate

| | | | |
|---|---|---|---|
| **First Name:** | Anthony | **Organization Name:** | A M Benjamin Se |
| **Middle Name:** | M. | **Address 1:** | 835 O Farrell St # |
| **Last Name:** | Benjamin Sr. | **Address 2:** | |
| | | **City:** | San Francisco |
| | | **State:** | CA |
| | | **Postal Code:** | 94109 |
| | | **Country:** | United States |

## Certification

**Name:** Anthony M. Benjamin Sr
**Certified:** ✔
**Special Handling:**
**Applicant's Internal Tracking Number:**
**Note to Copyright Office:**
**Upload Electronically** ✔
**Send By Mail**

https://eco.copyright.gov/eService_enu/start.swe                                                    10/30/2008

CO Electronic Deposit File Upload

Page 1 of 1

 Copyright Home

# Upload successful

The following files were successfully uploaded for service request 1-129201205:

- 2008 07 31 - Complete.pdf

Please note the service request number above for future reference

Close Window

Google Books (Beta) - Modify Books

Page 1 of 1

**ambenjamin79@sbcglobal.net** | Invite a Friend | Contact Us | Help | Sign Out

## Google books   Partner Program

**Books      Reports      My Account      Product Setup**

Manage Books  |  Add Books

## Modify Book Settings

Update the information you've given us about this title. Please make sure that all fields are filled in before you click 'Save & Continue.' Required fields are noted in **bold**.

**Preview Settings**

| | |
|---|---|
| **Status:** | Live |
| **GGKEY:** | 68Z5BLKFFEB |
| **Title:** | The Magic Signature Act |
| **Author:** | Anthony M. Benjamin Sr. |
| **Territorial Rights [ ? ]** | all |
| Buy Link [ ? ] | http://ambenjamin79.tripod.com/001-01_MSA |
| **Book Browsable % [ ? ]** | 100% no download<br>(download is provided under an addendum to the Terms and Conditions you agreed to) |
| Show Images [ ? ] | ✓ |
| Creative Commons [ ? ] | Available only for books set to 100% browsable with download, and viewable worldwide. Learn more |
| Files received | 0976459064.pdf (2/15/09) |

**Save & Continue**        Cancel

© 2009 Google - Home - Contact Us - Privacy Policy

**The Magic Signature Act should of been listed as 09764590654 instead of 68Z5BLKFFEB**

**My interpretation of 100% no load was none of the book was to be published on the Internet.**

**I sent Google a memo stating I only wanted part of my copyright book on the Internet only if I could decide what pages would be published.**

## Anthony M. Benjamin Sr.

| | |
|---|---|
| **From:** | Anthony M. Benjamin Sr. [ambenjamin79@yahoo.com] |
| **Sent:** | Tuesday, September 15, 2009 6:04 AM |
| **To:** | 'help@google.com' |
| **Subject:** | RE: [#507906165] Your complaint |
| **Attachments:** | 2009 09 14 - Magic Signature Act - Page Views.pdf |

Google Book partners search infringed on my copyrighted work.
I have proof the Magic Signature Act was view at least 10 times and 389 pages were viewed.
Your published the book without proper authorization, the book search partner did not even
list the correct ISBN or name the publisher right (A M Benjamin Services)

Now that Google exposed my copyrighted work to the general public without my proper
authorization, I have to live in fear of someone else using my intellectual ideas without my
benefit.

According to The Digital Millennium Copyright Act of 1998, I am entitled to monetary damages
for your infringement.

Removing my copyrighted work acknowledges your infringement.
The web page views proves it was viewed and 20 years of hard work developing the theories was
given away for free when my publishing company is struggling for money.

Unless an offer for my damages is offer by the end of this week, I will filed charges against
Google in Federal Court.

Anthony M. Benjamin

-----Original Message-----
From: help@google.com [mailto:help@google.com]
Sent: Monday, September 14, 2009 11:10 AM
To: ambenjamin79@sbcglobal.net
Subject: Re: [#507906165] Your complaint

Hi Benjamin,

We have received your complaint dated September 9, 2009. Per your request, we have removed
the preview page for the following book in question.

http://books.google.com/books?id=ncZ-0fpnM0gC

Regards,
The Google Team

## Anthony M. Benjamin Sr.

| | |
|---|---|
| **From:** | Books Online Partner Support [books-support+report@google.com] |
| **Sent:** | Tuesday, September 15, 2009 12:07 AM |
| **To:** | ambenjamin79@sbcglobal.net |
| **Subject:** | Google Book Search Weekly Summary Report (beta) |
| **Attachments:** | book_search_report.xls |

# Google books

**Anthony M. Benjamin**

## Google Books Weekly Summary Report (beta)

Partner Center | Help

Publication Date: September 13, 2009

ambenjamin79@sbcglobal.net

### Week to Date   (9/6/09 ~ 9/12/09)

This Week's Book Statistics

• **10** book visits (BV) (+233.33%)
• **10** BVs with pages viewed (+233.33%)
• **393** pages viewed (+504.62%)
• **0** BVs with buy clicks (+0.00%)
• **0.0%** average buy link CTR (+0.00%)
• **$0.00** earned (+0.00%)

• **2** unique titles viewed (+100.00%)
• **0** additional book(s) went live (6 total books live)

### Six Month Overview

Book Visits and BV with Buy Clicks

Overall Trends (up to last full month)

| | **Book Visits** | | **BV with Buy Clicks** | |
|---|---|---|---|---|
| | **Visits** | **%Δ** | **Clicks** | **%Δ** |
| **Sep** | 13 | – | 0 | – |
| **Aug** | 2 | +0% | 0 | – |
| **Jul** | 2 | -67% | 0 | – |
| **Jun** | 6 | +200% | 0 | – |
| **May** | 2 | -60% | 0 | -100% |
| **Apr** | 5 | +150% | 1 | – |
| **Mar** | 2 | – | 0 | – |



Current month contains data until 9/12/09 only.
**%Δ** = Percentage change from previous month

### Top Books   (9/6/09 ~ 9/12/09)

| Top 5 Books by BV with Buy Clicks | | Book Visits | Pages Viewed | BVs with Buy Clicks | Buy Link CTR | Your Earnings |
|---|---|---|---|---|---|---|
| 68Z5BLKFFEB | The Magic Signature Act | 9 | 389 | 0 | 0.0% | $0.00 |
| 9780976459040 | A M Benjamin Services - … | 1 | 4 | 0 | 0.0% | $0.00 |

### Top 100 Books   (9/6/09 ~ 9/12/09)

See the top 100 books this week attached to this email. The list includes cumulative book visits, pages viewed, book visits with buy clicks, and your earnings for each title and for the following date ranges:

- This Week
- Last Calendar Month
- Last Calendar Quarter
- This Year To Date
- Last Calendar Year
- Lifetime To Date

To see the same totals for all your books, visit the Partner Center to download the complete list.

**Questions, Comments?** Please email books-support@google.com.

© 2009 Google Inc.

**DISCLAIMER**
This report is still in Beta. As such, as we roll this report out to our partners, we may encounter issues with our reporting systems and the reliability and accuracy of some of the data can be unpredictable at times.

**MAIL ISSUES**
If you experience any difficulty in reading this report, please send an email to books-support@google.com, stating the exact problem you encountered. We will try to solve your problem as quickly as we can.

Google Books (Beta) - Manage Books

ambenjamin79@sbcglobal.net | Invite a Friend | Contact Us | Help   Sign Out

Google books   **Partner Program**

Books   Reports   My Account   Product Setup
Needs Attention 0: |   All 7: |   New 0:   Received 0:   Processing 0: |   Live 7:

**Books: All**

Manage and track the progress of your Google Books titles, or Add Books to the program. Learn More

↗ Let readers search and browse your books -- directly from your website Learn more

Search by ISBN or Title

Go

7 Books - These are all the titles in your account. Click any item in the yellow columns to edit information directly in this table.

Download repo

Add Book   Add Multiple Books   Send Books

| Identifier (e.g. ISBN) [?]⁴ | Status | Book Title | Author | Buy Link [?] | Territories [?] |
|---|---|---|---|---|---|
| ✎ 6875BLKFFEB | Live - View | The Magic Signature A | Anthony M. Benjamin S | View Link | all |
| ✎ 9780976459100 | Live - View | Antonio's Quest for Pe | Anthony M. Benjamin S | View Link | all |
| ✎ 9780976459140 | Live - View | A M Benjamin Services | Anthony M. Benjamin S | View Link | all |
| ✎ 9780976459157 | Live - View | Antonio, My Son, My H | A M Benjamin Services | View Link | all |
| ✎ 9780976459171 | Live - View | Antonio's Quest for Pe | Anthony M. Benjamin S | View Link | all |
| ✎ 9780976459188 | Live - View | AJ Search for Justice | Anthony M. Benjamin S | View Link | all |
| ✎ 9780976459255 | Live - View | Rediscover Painting wi | Anthony M. Benjamin | View Link | all |

Display  20   per page < previous • 1 • next >

Add Book   Add Multiple Books   Send Books

© 2009 Google - Home - Contact Us - Privacy Policy

**Google listed The Magic Signature Act with a wrong number.**

**Anthony M. Benjamin Sr.**

**To:**           Send2Fax
**Subject:**      RE: Fax Confirmation - OK


-----Original Message-----
From: Send2Fax [mailto:reports@send2fax.com]
Sent: Wednesday, September 09, 2009 5:57 AM
To: Anthony Benjamin
Subject: Fax Confirmation - OK

Your fax to an unknown recipient at fax number 16509633255 succeeded.

FSID: 51029728

Attempts made: 1
Pages delivered: 11
Minutes spent delivering this fax: 2.5
The baud rate was: 0000

The following are the attempts made and the results that occurred:
09/09/2009 - 05:54:16 - 0( Success )


Documents being delivered:
1   2009 09 09 Google Legal Department.pdf

## Check Case Status

Open Cases
Working Cases
All Cases
My Company's Cases
Status Definitions
Search My Cases

## Copyright Services

Register a New Claim
Preregister a Claim
Use a Template
Organization / DA

**All Cases**

Attachment 09 - Copyright Status 10-01
1 of 2

Below is a list of all cases you have initiated. Refer to the status column to differentiate between cases you have not yet submitted to the Copyright Office, those that are in-process in the Office, and those that have been completed.

Click on the Status Definitions link in the right top most navigation menu for a complete list of case status definitions.

To view additional details about a case, click on the corresponding Case # hyperlink below.

**All Cases**

[Query]

| Case # | Status | Opened | Title | Volume | Number | Issue Date | Type of Case | Fee Paid | Action Needed |
|--------|--------|--------|-------|--------|--------|------------|--------------|----------|---------------|
| 1-129201205 | Closed | 10/30/2008 | The Magic Signature Act - a Spiritual Journey into... | | | | Work of the Visual Arts | 35.00 | |

1 - 1 of 1

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

FEED

Attachment 09 - Copyright Status 10-01
2 of 2

## Case Status Definitions

Case Status indicates the current processing state of your case.

1. **Open** - Cases currently in process in the Copyright Office.

2. **Working** - Cases that you have started but not submitted for payment (not in your Cart).

3. **In-Cart** - Cases in your Cart awaiting payment (not yet submitted to the Copyright Office).

4. **Closed** - Cases that have been completed by the Copyright Office. To view closed cases, click the All Cases link.

5. **Discarded** - Cases that you have discarded. To view discarded cases, click on the All Cases link.



# UNITED STATES DISTRICT COURT

for the

## Anthony M. Benjamin Sr

)
)
*Plaintiff*                                  )
        v.                                   )          Civil Action No.
## Google Inc.                               )
                                             )
*Defendant*                                  )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are:  $ **486**          per *(specify pay period)*   **bi-monthly**          .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*.

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

## Other soures of cash was sba loans and credit card purchases.

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:    $ **$200** .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: **Auto - 90 Mazda - $500**

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

| | |
|---|---|
| **Rent** | **$285** |
| **Credit Cards** | **$300** |
| **Phones** | **$190** |

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

**Antonio V. Benjamin - Disable Dependent Adult - $250**

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

**SBA Loan - Superior Financial Group - $180**

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: **9/23/2009**

_____
*Applicant's signature*

**Anthony M. Benjamin Sr.**
_____
*Printed name*

27 of 27