FILED
09 OCT -5 PM 3:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANTHONY M BENJAMIN SR
    Plaintiff,

vs.

GOOGLE INC.
    Defendant.

CASE NO. CV 09 4735 JCS

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, ANTHONY M BENJAMIN SR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 975-       Net: 975-

Employer: CALIFORNIA IN HOME SUPPORTIVE SERVICE

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7    a.   Business, Profession or               Yes \_\_\_ No ✓

8         self employment?

9    b.   Income from stocks, bonds,            Yes \_\_\_ No ✓

10        or royalties?

11   c.   Rent payments?                        Yes \_\_\_ No ✓

12   d.   Pensions, annuities, or               Yes \_\_\_ No ✓

13        life insurance payments?

14   e.   Federal or State welfare payments,    Yes \_\_\_ No ✓

15        Social Security or other govern-

16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.   Are you married?                         Yes \_\_\_ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.   a.   List amount you contribute to your spouse's support:$ _____

27      b.   List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support. (NOTE: For minor

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   ADULT DEPENDENT SON, ANTONIO ~250

3

4   5.    Do you own or are you buying a home?     Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?     Yes ___ No ___

7   Make MAZDA   Year 90   Model 323

8   Is it financed? Yes ___ No ✓ If so, Total due: $_____

9   Monthly Payment: $_____

10   7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: CHASE BANK

12   MARKET & 8TH ST, SF, CA

13   Present balance(s): $ ~75

14   Do you own any cash? Yes ✓ No ___ Amount: $ 20

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes ___ No ___

17

18   8.    What are your monthly expenses?

19   Rent: $ 284.50   Utilities: PHONE 200

20   Food: $ 400   Clothing: _____

21   Charge Accounts:

22   **Name of Account**   **Monthly Payment**   **Total Owed on This Account**

23   SUPERIOR FINANCIAL $ 180   $ 14,000

24   CHASE (3)   $ 290   $ 13,000

25   AMERICAN EXPRESS $ 45   $ 1,900

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 10/5/09 | *[signature]* |
|---|---|
| DATE | SIGNATURE OF APPLICANT |