Anthony M. Benjamin Sr
835 O Farrell St # 404
San Francisco, CA 94109
ambenjamin79@yahoo.com
415/596-3164   fax 866-793-1452



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| Anthony M. Benjamin Sr<br><br>Plaintiff<br><br>v.<br><br>Google Inc<br>Attn: Google Legal Support, DMCA Complaints<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. C 09 0473 JCS<br><br>complaint for<br>copyright infringement and<br>statutory damages<br><br>Motion for leave to file it late |

## Motion for leave to file it late

1. Anthony M. Benjamin Sr., requests leave to efile it courts documents one day late in the above case due to unexpected electronic registrations delays. Electronically registering the documents on the day following the due date will not delay the Court consideration of this case nor prejudice any party.

2. Anthony M. Benjamin Sr., apologizes for waiting until due date to register the documents. I did not think it would take so long to register.

Respectfully submitted,

_____
Anthony M. Benjamin Sr
10/16/2009