UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BENJAMIN,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>    Defendant.<br>_____/ | No. C-09-04735 JCS<br><br>**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS AND DENYING WITHOUT PREJUDICE REQUEST FOR LEAVE TO FILE LATE [Docket Nos. 2, 6]** |

The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis. **The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendant**.

The Court DENIES without prejudice Plaintiff's "Motion for leave to file it late" [Docket No. 6] on the basis that it is unable to determine which court documents Plaintiff is seeking leave to file late.

IT IS SO ORDERED.

DATED: November 12, 2009

                                                    JOSEPH C. SPERO<br>
                                                    United States Magistrate Judge