**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BENJAMIN,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOGLE, INC.,<br><br>      Defendant.<br>_____/ | No. C-09-04735 JCS<br><br>**AMENDED ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS AND DENYING WITHOUT PREJUDICE REQUEST FOR LEAVE TO FILE LATE [Docket Nos. 2, 6]**[1] |

The Court is in receipt of Plaintiff's Application To Proceed In Forma Pauperis ("the Application"). Based on its review of Plaintiff's Application, the Court GRANTS Plaintiff's Application to proceed in forma pauperis.

The Court DENIES without prejudice Plaintiff's "Motion for leave to file it late" [Docket No. 6] on the basis that it is unable to determine which court documents Plaintiff is seeking leave to file late.

IT IS SO ORDERED.

DATED: November 17, 2009

                                                      _____
                                                      JOSEPH C. SPERO
                                                      United States Magistrate Judge

---

[1] This Order amends the Court's November 12, 2009 Order [docket no. 9]. It is identical to that order in all respects except that it omits the language directing the Marshal to serve the complaint in light of the fact that Defendant has agreed to waive service.