1  DARALYN J. DURIE (SBN 169825)
   JOSEPH C. GRATZ (SBN 240676)
2  DURIE TANGRI LLP
   332 Pine Street, Suite 200
3  San Francisco, CA 94104
   (415) 362-6666
4  FAX (415) 236-6300
   ddurie@durietangri.com
5
   Attorneys for Defendant
6  GOOGLE INC.

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ANTHONY M. BENJAMIN SR.,                        Case No. 3:09-cv-04735-JCS

        Plaintiff,                                 **NOTICE OF APPEARANCE OF DARALYN J.**
12                                                 **DURIE**

13 v.

   GOOGLE INC., a Delaware corporation,
14
        Defendant.
15

16

17         PLEASE TAKE NOTICE that Daralyn J. Durie enters an appearance on behalf of defendant

18 Google Inc. in the above-captioned action.  Please serve said counsel with all pleadings and notices in

19 this action.

20 Dated: December 2, 2009                         Respectfully submitted,

21

22                                                 By:*/s/   Daralyn J. Durie*

23                                                 Daralyn J. Durie
                                                   Durie Tangri LLP
24                                                 332 Pine Street, Suite 200
                                                   San Francisco, CA  94104
25                                                 Telephone:  (415)362-6666
                                                   Fax:  (415)236-6300
26                                                 ddurie@durietangri.com

27                                                 **ATTORNEYS FOR DEFENDANT GOOGLE
                                                   INC.**
28

       Case No. 3:09-cv-04735-JCS                  1
                       NOTICE OF APPEARANCE OF DARALYN J. DURIE

Dockets.Justia.com