

**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035

RICHARD W. WIEKING
CLERK OF COURT

December 3, 2009

Daralyn Durie
Durie Tangri LLP
332 Pine Street, Suite 200
San Francisco, CA 94104

**Re:    ANTHONY M. BENJAMIN SR.  v. GOOGLE INC.**
         C09-04735 (JCS)

Dear Counsel:

       This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

       The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

       A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **December 17, 2009.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                        Sincerely,

                                        RICHARD W. WIEKING

                                        _Karen L. Hom_
                                        _____
                                        By: Karen L.Hom
                                             Deputy Clerk

Attachments

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY M. BENJAMIN SR.,                              No.  C 09-04735 JCS

           Plaintiff(s),                **CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

    v.

GOOGLE INC.,

           Defendant(s).

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                          Signature

                                          Counsel for _____
                                          (Name or party or indicate "pro se")

1
2
3
4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7   ANTHONY M. BENJAMIN SR.,                    No.  C 09-04735 JCS

8                Plaintiff(s),
                                                **DECLINATION TO PROCEED BEFORE**
9        v.                                     **A MAGISTRATE JUDGE**
                                                              **AND**
10  GOOGLE INC.,                                **REQUEST FOR REASSIGNMENT TO A**
                                                **UNITED STATES DISTRICT JUDGE**
11               Defendant(s).

12  _____/

13

14         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15         The undersigned party in the above-captioned civil matter hereby declines to consent to the

16  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17  requests the reassignment of this case to a United States District Judge.

18

19

20  Dated: _____          _____
                                            Signature
21

22                                          Counsel for _____
23                                          (Name or party or indicate "pro se")

24

25

26

27

28

United States District Court
For the Northern District of California