ANTHONY M. BENJAMIN SR.
835 O'Farrell Street #404
San Francisco, CA 94109
(415) 596-3164
FAX 866-793-1452
ambenjamin79@yahoo.com

Plaintiff *pro se*

DARALYN J. DURIE (SBN 169825)
JOSEPH C. GRATZ (SBN 240676)
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666
FAX (415) 236-6300
jgratz@durietangri.com

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY M. BENJAMIN SR., | Case No. 3:09-cv-04735-JCS |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Anthony M. Benjamin, Sr. and defendant Google Inc. that Google Inc. receive an extension of time to answer or otherwise respond to the Complaint up to and including January 15, 2010.

\\\

Case No. 3:09-cv-04735-JCS           1
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

There have been no previous time modifications in this case.  The requested time modification would not have a material impact on the schedule for the case.

Dated: December 1, 2009                    Respectfully submitted,


By:/s/    Joseph C. Gratz

Joseph C. Gratz
Durie Tangri LLP
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone:  (415)362-6666
Fax:  (415)236-6300
jgratz@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**


By:_____

Anthony M. Benjamin Sr.
835 O'Farrell Street #404
San Francisco, CA 94109
(415) 596-3164
FAX 866-793-1452
ambenjamin79@yahoo.com

**PLAINTIFF** *PRO SE*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  12/03/09  _____                    _____
                                                        HONORABLE
                                                        *Judge Joseph C. Spero*