ANTHONY M. BENJAMIN SR.
835 O'Farrell Street #404
San Francisco, CA 94109
(415) 596-3164
FAX 866-793-1452
ambenjamin79@yahoo.com

Plaintiff *pro se*

DARALYN J. DURIE (SBN 169825)
JOSEPH C. GRATZ (SBN 240676)
DURIE TANGRI LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
(415) 362-6666
FAX (415) 236-6300
jgratz@durietangri.com

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY M. BENJAMIN SR., | Case No. 3:09-cv-04735-JCS |
|---|---|
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Anthony M. Benjamin, Sr. and defendant Google Inc. that Google Inc. receive an extension of time to answer or otherwise respond to the Complaint up to and including January 15, 2010.

\\\

Case No. 3:09-cv-04735-JCS                           1
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

There have been no previous time modifications in this case. The requested time modification would not have a material impact on the schedule for the case.

Dated: December 1, 2009                             Respectfully submitted,


                                                    By:/s/    Joseph C. Gratz

                                                    Joseph C. Gratz
                                                    Durie Tangri LLP
                                                    332 Pine Street, Suite 200
                                                    San Francisco, CA  94104
                                                    Telephone:  (415)362-6666
                                                    Fax:  (415)236-6300
                                                    jgratz@durietangri.com

                                                    **ATTORNEYS FOR DEFENDANT GOOGLE INC.**


                                                    By:_____

                                                    Anthony M. Benjamin Sr.
                                                    835 O'Farrell Street #404
                                                    San Francisco, CA 94109
                                                    (415) 596-3164
                                                    FAX 866-793-1452
                                                    ambenjamin79@yahoo.com

                                                    **PLAINTIFF *PRO SE***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  12/03/09 _____          _____
                                                    HONORABLE
                                                    *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

---

Case No. 3:09-cv-04735-JCS                    2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT