UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BENJAMIN SR.,<br><br>    Plaintiff(s),<br><br>  v.<br><br>GOOGLE INC.,<br><br>    Defendant(s).<br>_____/ | No. C 09-04735 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 3, 2009

/s/ Joseph C. Gratz
Signature

Counsel for Google Inc.
(Name or party or indicate "pro se")

3