**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                   General Court Number
Clerk                                                                                       415.522.2000

**December 7, 2009**

**CASE NUMBER:  CV 09-04735 JCS**
**CASE TITLE:  ANTHONY M. BENJAMIN SR.-v-GOOGLE INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup**

for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/7/09

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                               Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                         Entered in Computer 12/7/09 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA