DURIE TANGRI LLP
DARALYN J. DURIE (No. 169825)
JOSEPH C. GRATZ (No. 240676)
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300
ddurie@durietangri.com
jgratz@durietangri.com

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY M. BENJAMIN SR., | Case No. 3:09-cv-04735-WHA |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given of the following change of address for Daralyn J. Durie and Joseph C. Gratz:

New Address:
Daralyn J. Durie
Joseph C. Gratz
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300
E-Mail:  ddurie@durietangri.com
E-Mail:  jgratz@durietangri.com

Dated: December 21, 2009

DURIE TANGRI LLP

By: */s/  Joseph C. Gratz*
Joseph C. Gratz

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

NOTICE OF CHANGE OF ADDRESS
Case No. 3:09-cv-04735-WHA

1

2

### CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the County of San Francisco,

State of California, and not a party to the above-entitled cause.  My business address is Durie Tangri

LLP, 217 Leidesdorff Street, San Francisco CA 94111.

On December 21, 2009, I served the foregoing documents described as:

### NOTICE OF CHANGE OF ADDRESS

On the following person(s) in this action by placing a true copy thereof enclosed in sealed

envelope and addressed as follows:

> Anthony M. Benjamin Sr.
> 835 O'Farrell Street, STE 404
> San Francisco CA 94109
>
> Plaintiff *pro se*

X   **BY MAIL**, I am readily familiar with the firm's practice regarding collection and
processing of correspondence for mailing. Under that practice it would be deposited with
U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco,
California in the ordinary course of business. I am aware that on motion of the party served,
service is presumed invalid if the postal cancellation date or postage meter date is more than
one day after date of deposit for mailing in affidavit.

I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed on

December 21, 2009, at San Francisco California.

> /s/ *Colette Aragon*
> Colette Aragon