1  DARALYN J. DURIE (SBN 169825)
   JOSEPH C. GRATZ (SBN 240676)
2  DURIE TANGRI LLP
   217 Leidesdorff Street
3  San Francisco, CA 94111
   (415) 362-6666
4  FAX (415) 236-6300
   ddurie@durietangri.com
5  jgratz@durietangri.com

6  Attorneys for Defendant
   GOOGLE INC.

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | ANTHONY M. BENJAMIN SR.,              | Case No. 3:09-cv-04735-WHA
12 |     Plaintiff,                        | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 | v.                                    |
14 | GOOGLE INC., a Delaware corporation,  |
15 |     Defendant.                        |

16

17

18      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the

19 named parties, there is no such interest to report.

20 Dated: January 5, 2010                    Respectfully submitted,

21
                                             By:*/s/    Joseph C. Gratz*
22
                                             Joseph C. Gratz
23                                           Durie Tangri LLP
                                             332 Pine Street, Suite 200
24                                           San Francisco, CA  94104
                                             Telephone:  (415)362-6666
25                                           Fax:  (415)236-6300
                                             ddurie@durietangri.com
26
                                             **ATTORNEYS FOR DEFENDANT GOOGLE
27                                           INC.**

28

      Case No. 3:09-cv-04735-WHA              1
              CERTIFICATION OF INTERESTED ENTITIES OR PERSONS