ANTHONY M. BENJAMIN SR.
835 O'Farrell Street #404
San Francisco, CA 94109
(415) 596-3164
FAX 866-793-1452
ambenjamin79@yahoo.com

Plaintiff *pro se*

DARALYN J. DURIE (SBN 169825)
JOSEPH C. GRATZ (SBN 240676)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666
FAX (415) 236-6300
jgratz@durietangri.com

Attorneys for Defendant
GOOGLE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. BENJAMIN SR., | Case No. 3:09-cv-04735-WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATED DISMISSAL** |
| GOOGLE INC., a Delaware corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff Anthony M. Benjamin, Sr. and defendant Google Inc. that all claims by Benjamin against Google are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

\\\

SO STIPULATED.

Dated: January 13, 2010

Respectfully submitted,

By: /s/  Joseph C. Gratz

Joseph C. Gratz
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Fax: (415) 236-6300
jgratz@durietangri.com

**ATTORNEYS FOR DEFENDANT GOOGLE INC.**

By: _____

Anthony M. Benjamin Sr.
835 O'Farrell Street #404
San Francisco, CA 94109
(415) 596-3164
FAX 866-793-1452
ambenjamin79@yahoo.com

**PLAINTIFF *PRO SE***

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 14, 2010.

_____
HONORABLE

*IT IS SO ORDERED*
*Judge William Alsup*

Case No. 3:09-cv-04735-WHA          2
STIPULATION OF DISMISSAL